UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:10-CR-191-1BO
Civil No. 5:16-CV-550-BO

MICHAEL LEONARD WOODARD, JR., )
)
        Petitioner, )
)
v. )    ORDER
)
UNITED STATES OF AMERICA, )
)
        Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This  day of June, 2016.

                                  TERRENCE W. BOYLE
                                  UNITED STATES DISTRICT JUDGE