IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-191-1BO
No. 5:16-CV-550-BO

MICHAEL LEONARD WOODARD, JR.,       )
                                    )
         Petitioner,                )
                                    )    ORDER
    v.                              )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
         Respondent.                )

For good cause having been shown upon the motion of Respondent, it is hereby ORDERED that the abeyance order entered on November 30, 2016, is hereby LIFTED.

This __10__ day of __January__, 2018.

_____
TERRENCE W. BOYLE
United States District Judge